# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARON M. MIHALJEVICH,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | Case No.: 2:18-cv-02234-APG<br><br>**Order Allowing Plaintiff to File Electronically**<br><br>[ECF No. 5] |

Plaintiff Aaron Mihaljevich is proceeding in this action pro se. *See* Local Special Rule 2-1. Although pro se parties are generally held to less stringent standards, "pro se litigants in the ordinary civil case should not be treated more favorably than parties with attorneys of record." *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986). A pro se litigant must follow the same rules of procedure that govern other litigants. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1986); *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (noting that "pro se litigants are bound by the rules of procedure"). I appreciate that it can be difficult for pro se parties to litigate their claims. Mr. Mihaljevich is advised to familiarize himself with the Federal Rules of Civil Procedure, the Local Rules of Practice, and relevant case law as much as possible.[1]

The Local Rules of Practice require attorneys "to file all documents electronically." LR IC 2-1(a). However, "a pro se litigant may request the court's authorization to register as a filer in a specific case." LR IC 2-1(b). Here, Mr. Mihaljevich asks the court to allow him to use the

---

[1] The Federal Rules of Civil Procedure may be accessed on the United States Courts website free of charge at: http://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure. The Local Rules of Practice may be accessed from this court's website free of charge at http://www.nvd.uscourts.gov/. In addition, litigants may access the District of Nevada's pro se assistance packet through a link on the court's website, available at https://www.nvd.uscourts.gov/wp-content/uploads/2017/08/Representing-Yourself-Guide.pdf.

court's CM/ECF system in order to file, access, and electronically serve documents in this case. (ECF No. 5). I will grant that motion.

IT IS ORDERED that the plaintiff's motion for permission to file documents electronically **(ECF No. 5) is GRANTED.** The plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a. On or before March 11, 2019, the plaintiff must complete the CM/ECF tutorial, which is accessible on the court's website www.nvd.uscourts.gov in the Civil & Criminal Events Menu, and file a certification indicating that he is familiar with the electronic filing procedures and best practices.

    b. The plaintiff is not authorized to file electronically unless the certification is filed with the court within the specified time frame.

    c. Upon timely filing of the certification, the plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 11th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE