# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON M. MIHALJEVICH, | Case No.: 2:18-cv-02234-APG |
| Appellant | **Order Setting Briefing Schedule** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Appellee | |

IT IS ORDERED that appellee United States of America shall file a response brief on or before April 30, 2019.

IT IS FURTHER ORDERED that appellant Aaron Mihaljevich shall file a reply brief on or before May 17, 2019.

DATED this 2nd day of April, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE